No. D–2586. IN RE DISCIPLINE OF MITCHELL. Stephen T. Mitchell, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2587. IN RE DISCIPLINE OF TRUM. Kathleen Kauth Trum, of Garden City, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 10M46. TAYLOR v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 09–115. CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA ET AL. v. WHITING ET AL. C. A. 9th Cir. [Certiorari granted, 561 U. S. 1024.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–291. THOMPSON v. NORTH AMERICAN STAINLESS, LP. C. A. 6th Cir. [Certiorari granted, 561 U. S. 1041.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–329. CHASE BANK USA, N. A. v. McCOY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 9th Cir. [Certiorari granted, 561 U. S. 1005.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 09–804. CIGNA CORP. ET AL. v. AMARA ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 2d Cir. [Certiorari granted, 561 U. S. 1024.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.